FILED
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**08 C 595**

| | |
|---|---|
| PCI SYSTEMS, INC., ) | |
| ) | Case No. |
| Plaintiff, ) | |
| v. ) | |
| ) | JURY DEMANDED  **JUDGE MANNING** |
| ) | **MAGISTRATE JUDGE NOLAN** |
| FIBERWEB, INC., ) | |
| ) | |
| Defendant. ) | |

### LOCAL RULE 3.2 NOTICE AS TO AFFILIATES - DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, plaintiff provides the following information:

1.  PCI Systems, Inc. certifies that it has no publicly held affiliates.

PCI SYSTEMS, INC.


By: /s/ Patrick F. Solon
   Paul K. Vickrey
   Patrick F. Solon
   NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison Street, Suite 4600
   Chicago, IL 60602
   Tel:   (312) 236-0733
   Fax:   (312) 236-3137

**ATTORNEYS FOR PLAINTIFF**