# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 595 | **DATE** | February 5, 2008 |
| **CASE TITLE** | *PCI Systems v. Fiberweb* | | |

**DOCKET ENTRY TEXT:**

The court dismisses the complaint, sua sponte, without prejudice as the allegations regarding the parties' citizenship are insufficient. The plaintiff may file an amended complaint addressing the jurisdictional issue addressed in this order by no later than February 22, 2008.

■[ For further details see text below.]

## STATEMENT

    The plaintiff's complaint invokes diversity of citizenship grounds. *See* 28 U.S.C. § 1332. The court has reviewed the jurisdictional allegations in the complaint pursuant to *Wisconsin Knife Works v. National Metal Crafters*, 781 F.2d 1280, 1282 (7th Cir. 1986) ("the first thing a federal judge should do when a complaint is filed is check to see that federal jurisdiction is properly alleged"). According to the plaintiff, it is an Illinois corporation headquartered in Illinois, and the defendant is a South Carolina corporation headquartered in Tennessee. A corporation's citizenship, however, depends on the state of incorporation and the location of its principal place of business. 28 U.S.C. § 1332. A corporation's headquarters is not necessarily where its principal place of business is located. The complaint thus does not contain sufficient allegations about the parties' citizenship.

    Accordingly, the court dismisses the complaint, sua sponte, without prejudice. The plaintiff may file an amended complaint addressing the jurisdictional issue addressed in this order by no later than February 22, 2008.

| | Courtroom Deputy Initials: | RTH/c |
|---|---|---|