**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PCI SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08-CV-0595 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| FIBERWEB, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff PCI Systems, Inc. ("PCI"), and defendant Fiberweb, Inc. ("Fiberweb"), do hereby stipulate, subject to approval by the Court, to an extension of time until April 2, 2008, to enable Fiberweb to answer or otherwise respond to PCI's Amended Complaint (D.I. 9).

- 2 -

| s/ Paul K. Vickrey | s/ Charles A. Laff |
|---|---|
| Paul K. Vickrey<br>Patrick F. Solon<br>NIRO SCAVONE, HALLER & NIRO<br>181 W. Madison Street<br>Suite 4600<br>Chicago, IL  60602<br>Tel: 312.236.0733<br>Fax: 312.236.3137<br>vickrey@nshn.com<br>solon@nshn.com<br><br>*Attorneys for Plaintiff PCI Systems, Inc.* | Charles A. Laff<br>Marshall J. Schmitt<br>Gilberto E. Espinoza<br>MICHAEL BEST & FRIEDRICH LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 2000<br>Chicago, IL  60601-6710<br>Tel: 312.222.0800<br>Fax: 312.222.0818<br>calaff@michaelbest.com<br>mjschmitt@michaelbest.com<br>geespinoza@michaelbest.com<br><br>*Of Counsel:*<br><br>Michael S. Connor<br>Kirk T. Bradley<br>Scott Stevens<br>ALSTON & BIRD LLP<br>Bank of America Plaza<br>Suite 4000<br>101 South Tyron Street<br>Charlotte, NC  28280-4000<br>Tel: 704.444.1030<br>Fax: 704.444.1730<br>mike.connor@alston.com<br>kirk.bradley@alston.com<br>scott.stevens@alston.com<br><br>*Attorneys for Defendant Fiberweb, Inc* |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States Judge Blanche M. Manning