IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PCI SYSTEMS, INC., ) | |
| ) | Case No.   08 C 595 |
| Plaintiff, ) | |
| v. ) | |
| ) | Judge Blanche M. Manning |
| ) | |
| FIBERWEB, INC., ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |

### Plaintiff's Motion to Reopen Case

Plaintiff, PCI Systems, Inc., respectfully moves to reopen this case for the following reasons:

1. After Plaintiff's case was filed and before further proceedings, the Court's February 5, 2008 minute order dismissed, sua sponte, the original complaint without prejudice, "as the allegations regarding the parties citizenship are insufficient." The Court's order provided that "the plaintiff may file an amended complaint addressing the jurisdictional issue addressed in this order by no later than 2/22/08."  (February 5, 2008 order, Docket No. 8).

2. The Court's order resulted in the closure of the case and its docket by the Clerk.

3. Plaintiff filed the permitted amended complaint on February 11, 2008.  The Amended Complaint makes clear that the plaintiff and defendant corporations have different states of incorporation and principal places of business, to satisfy the jurisdictional statute, 28 U.S.C. § 1332.  The jurisdictional amount also is alleged.  The amendment remedies the reason for the Court's jurisdictional dismissal.

4.  The Clerk's docket continues to reflect that this case is closed. Plaintiff understands that a motion to reopen the case is needed before the Clerk will reopen the docket. Plaintiff therefore makes this motion requesting that relief.

For the foregoing reasons, Plaintiff respectfully requests that the Court reinstate the case and reopen the docket.

        PCI SYSTEMS, INC.

By: /s/ Patrick F. Solon
Paul K. Vickrey
Patrick F. Solon
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733/Fax: (312) 236-3137

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Plaintiff's Motion to Reopen Case** was filed with the Clerk of the Court on March 27, 2008 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.

Gilberto Espinoza
Charles Laff
Marshall Schmitt
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601


**Via First Class Mail:**

Michael S. Connor
Kirk T. Bradley
Scott Stevens
ALSTON & BIRD LLP
Bank of America Plaza
Suite 4000
101 South Tyron Street
Charlotte, NC 28280-4000
Tel: 704.444.1030
Fax: 704.444.1730
mike.connor@alston.com
kirk.bradley@alston.com
scott.stevens@alston.com
*Attorneys for Defendant Fiberweb, Inc*

By: /s/ Patrick F. Solon