**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PCI SYSTEMS, INC., | ) | |
| | ) | |
| | ) | Case No.  08 C 595 |
| Plaintiff, | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | |
| | ) | |
| FIBERWEB, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on **April 3, 2008** at **11:00 a.m.,** counsel for Plaintiff will appear before the Honorable Blanche M. Manning, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2125, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **Plaintiff's Motion to Reopen Case,** a copy of which is hereby attached.

Respectfully submitted,

By:    /s/ Patrick F. Solon
Paul K. Vickrey
Patrick F. Solon
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733/Fax:  (312) 236-3137

**Attorneys for Plaintiff**