# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 595 | **DATE** | 4/2/2008 |
| **CASE TITLE** | PCI Systems, Inc. Vs. Fiberweb, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to reopen case [16] is granted. The case shall be reopened. With respect to the stipulation filed by the parties [15], the court notes that any requests for extensions must be made by motion, and motions should reflect whether they are agreed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|