**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PCI SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIBERWEB, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:08-CV-0595<br><br>Honorable Blanche M. Manning |

### FIBERWEB, INC.'S DISCLOSURE STATEMENT

Defendant Fiberweb, Inc. ("Fiberweb") hereby submits its corporate disclosure statement, pursuant to Local Rule 3.2.  Fiberweb states that it is a wholly owned subsidiary of Fiberweb Industrial Textiles Corporation.  Fiberweb further states that its ultimate parent company is Fiberweb plc, a publicly traded company.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

Dated: April 8, 2008       s/ Charles A. Laff

Charles A. Laff (#1558153)
Marshall J. Schmitt (#6184893)
Gilberto E. Espinoza (#6277437)
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL  60601-6710
Tel: 312.222.0800
Fax: 312.222.0818
calaff@michaelbest.com
mjschmitt@michaelbest.com
geespinoza@michaelbest.com

*Of Counsel:*

Michael S. Connor
Kirk T. Bradley
Scott Stevens
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tyron Street, Suite 4000
Charlotte, NC  28280-4000
Tel: 704.444.1000
Fax: 704.444.1111
michael.connor@alston.com
kirk.bradley@alston.com
scott.stevens@alston.com

Attorneys for Defendant Fiberweb, Inc

## CERTIFICATE OF SERVICE

      I, Charles A. Laff, hereby certify that a copy of the foregoing **FIBERWEB, INC.'S DISCLOSURE STATEMENT** has been served, via the ECF system, this 8th day of April 2008, on the following counsel of record for plaintiff:

>Paul K. Vickrey
>Patrick F. Solon
>**NIRO SCAVONE, HALLER & NIRO**
>181 W. Madison Street
>Suite 4600
>Chicago, IL 60602

>/s/  Charles A. Laff
>One of the Attorneys for defendant
>Fiberweb, Inc.