**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PCI SYSTEMS, INC., | ) | |
| | ) | Case No. 08 C 595 |
| Plaintiff, | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| FIBERWEB, INC., | ) | |
| | ) | JURY DEMANDED |
| Defendant. | ) | |

**<u>JOINT INITIAL STATUS REPORT</u>**

The parties, Plaintiff PCI Systems, Inc. ("PCI") and Defendant Fiberweb, Inc. ("Fiberweb"), respectfully submit this initial status report addressing the matters in Magistrate Judge Nolan's Standing Order.

PCI's Amended Complaint is founded upon a claim for misappropriation of trade secrets under the Illinois Uniform Trade Secrets Act, 765 ILCS 1065/1. Plaintiff PCI alleges that its principal, Peter Carbonaro, disclosed certain trade secrets to Defendant Fiberweb that were used by Fiberweb in a new product called "StormWrap™" that Fiberweb introduced in 2007. StormWrap™ is a type of housewrap product for use in home construction. Fiberweb, in its Answer, has denied those allegations and has asserted various defenses. There are no counterclaims at this time.

The relief sought by PCI is compensatory damages, including any unjust enrichment which Fiberweb has derived from PCI's trade secrets, exemplary damages, and attorney's fees, under the trade secret statute. Fiberweb seeks an award of attorney's fees under the trade secret statute.

Judge Manning has referred the case for discovery supervision, settlement conference and all nondispositive pretrial motions.

Discovery has not yet begun. The parties have conferred about a schedule for discovery, but are not yet in agreement about dates for discovery. The parties are continuing to work on proposed dates, and will attempt to submit a Proposed Agreed Scheduling Order. The parties do not know how many depositions will be required, but do not expect to exceed the standard limit of 10 per side.

The parties will not consent to trial before a Magistrate Judge at this time.

There have been no settlement negotiations to date.

Counsel for Plaintiff

/s/ Patrick F. Solon

Paul K. Vickrey
Patrick F. Solon
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Dated: April 21, 2008

Counsel for Defendant

/s/ Charles A. Laff

Charles A. Laff (#1558153)
Marshall J. Schmitt (#6184893)
Gilberto E. Espinoza (#6277437)
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710
Tel: 312.222.0800
Fax: 312.222.0818

*Of Counsel:*
Michael S. Connor
Kirk T. Bradley
Scott Stevens
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
Tel: 704.444.1000
Fax: 704.444.1111

Dated: April 21, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **JOINT INITIAL STATUS REPORT** was filed with the Clerk of the court on April 21, 2008 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

Gilberto Espinoza
Charles Laff
Marshall Schmitt
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601
Tel: (312) 222-0800
Fax: (312) 222-0818
geespinoza@michaelbest.com
calaff@michaelbest.com
mjschmitt@michaelbest.com

**Via First Class Mail:**

Michael S. Connor
Kirk T. Bradley
Scott Stevens
ALSTON & BIRD LLP
Bank of America Plaza
Suite 4000
101 South Tyron Street
Charlotte, NC 28280-4000
Tel: 704.444.1030
Fax: 704.444.1730
mike.connor@alston.com
kirk.bradley@alston.com
scott.stevens@alston.com

*Attorneys for Defendant Fiberweb, Inc.*

By: /s/ Patrick F. Solon