UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

PCI Systems, Inc.
      Plaintiff,

v.              Case No.: 1:08−cv−00595
             Honorable Blanche M. Manning

Fiberweb, Inc.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

  MINUTE entry before Judge Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 4/24/2008 and continued to 8/7/2008 at 09:30 a.m. Out−of−town counsel (only) is given leave to participate telephonically.All fact discovery will be completed by 02/27/09. Plaintiff(s) will designate any expert witnesses and provide the disclosure required by 03/28/08. Defendant(s) will designate any expert witnesses and provide the disclosure required by 04/28/09. Plaintiff(s) will disclose any expert rebuttal opinion by 05/28/09. Depositions of experts will be taken by and all expert discovery will be completed by 06/28/09.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.