(Revised 02/01/01)

## United States District Court   Northern District of Illinois
### APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | PCI SYSTEMS, INC. | | |
|---|---|---|---|
| | | VS. | |
| | FIBERWEB, INC. | | Defendant(s) |

RECEIVED MAY 06 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| Case Number: | 1:08-cv-00595 | Judge: | Blanche M. Manning |
|---|---|---|---|

I, Michael S. Connor, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Defendant Fiberweb, Inc. by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | | Date Admitted |
|---|---|---|
| United States Supreme Court | | 11/08/99 |
| United States Court of Appeals for the Federal Circuit | | 10/25/88 |
| United States Court of Appeals for the Fourth Circuit | | 11/11/88 |
| Supreme Court of North Carolina | | 09/09/88 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ☑   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☑ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

___2 May 2008___  _____[signature]_____
Date                             Signature of Applicant

| Applicant's Name | Last Name<br>Connor | First Name<br>Michael | Middle Name/Initial<br>S. |
|---|---|---|---|
| Applicant's Law Firm | Alston & Bird LLP | | |
| Applicant's Address | Street Address (include suite or room number)<br>Bank of America Plaza, 101 South Tryon Street, Suite 4000 | | State Bar Number<br>12152 |
| | City<br>Charlotte | State<br>NC | ZIP Code<br>28280-4000 | Work Phone Number<br>(704) 444-1000 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp)
PAID
RECEIPT # 46234 002079
MAY 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: ___5/12/2008___     _____[signature] Blanche M. Manning_____
United States District Judge

Continuation of Bar Admissions:

United States District Court for the Western District of North Carolina – admitted September 29, 1988

United States District Court for the Eastern District of North Carolina – admitted November 20, 1989

United States District Court for the Middle District of North Carolina – admitted July 23, 1991

United States District Court for the Eastern District of Michigan – admitted December 20, 2005